# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| KIRBY SPENCER, | 2:12-cv -00168- JCM-VCF |
| Plaintiff, | **ORDER** |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC., | |
| Defendant. | |

This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. Until October 2011, the undersigned was a partner at the law firm of Lionel Sawyer & Collins. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

IT IS SO ORDERED.

DATED this 4th day of April, 2012.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE