# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | |
| Plaintiff, | Case No. 2:12-cv-00168-JCM-GWF |
| vs. | **ORDER** |
| MIDLAND CREDIT MANAGEMENT, INC., | Request for Additional Time to File Discovery Plan (#13) |
| Defendant. | |

This matter comes before the Court on Defendant's Motion for Additional Time to File a Discovery Plan and Scheduling Order (#13), filed on June 5, 2012.  Defendants request the Court extend the deadline for filing the discovery plan until July 5, 2012.  Defendant states they have been negotiating this matter with Plaintiff and are close to a resolution.  In light of Defendant's representations, the Court will grant the requested extension.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Additional Time to File a Discovery Plan and Scheduling Order (#13) is **granted**.  The discovery plan and scheduling order shall be due no later than **July 5, 2012.**

DATED this 6th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge