# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | |
| Plaintiff, | Case No. 2:12-cv-00168-JCM-GWF |
| vs. | **ORDER** |
| MIDLAND CREDIT MANAGEMENT, INC., | Request for Additional Time to File Discovery Plan (#15) |
| Defendant. | |

This matter comes before the Court on Defendant's Request for Additional Time to File a Discovery Plan and Scheduling Order (Second Request) (#15), filed on June 26, 2012. Defendants request the Court extend the deadline for filing the discovery plan until July 27, 2012. Defendant states they have reached an agreement to settle the case. In light of Defendant's representations, the Court will grant the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Additional Time to File a Discovery Plan and Scheduling Order (#15) is **granted**. The discovery plan and scheduling order shall be due no later than **July 27, 2012.**

DATED this 27th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge