# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIRBY SPENCER, | |
|     Plaintiff, | Case No. 2:12-cv-00168-JCM-GWF |
| vs. | **ORDER** |
| MIDLAND CREDIT MANAGEMENT, INC., | Request for Additional Time to File Discovery Plan (#17) |
|     Defendant. | |

This matter comes before the Court on Defendant's Request for Additional Time to File a Discovery Plan and Scheduling Order (Third Request) (#17), filed on July 27, 2012. Defendant requests the Court extend the deadline for filing the discovery plan until August 27, 2012. Defendant states they have reached an agreement to settle the case and are still in the process of finalizing the agreement. In light of Defendant's representations, the Court will grant the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Additional Time to File a Discovery Plan and Scheduling Order (#17) is **granted**. The discovery plan and scheduling order shall be due no later than **August 27, 2012.**

DATED this 30th day of July, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge