# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIRBY SPENCER,

    Plaintiff,

vs.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

Case No. 2:12-cv-00168-JCM-GWF

**ORDER**

Request for Additional Time to File Discovery Plan (#19)

This matter comes before the Court on Defendant's Request for Additional Time to File a Discovery Plan and Scheduling Order (Fourth Request) (#19), filed on August 27, 2012. Defendant requests the Court extend the deadline for filing the discovery plan until September 6, 2012. Defendant states they have reached an agreement to settle the case and are still in the process of finalizing the agreement. In light of Defendant's representations, the Court will grant the requested extension. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Request for Additional Time to File a Discovery Plan and Scheduling Order (#19) is **granted**. The discovery plan and scheduling order shall be due no later than **September 6, 2012.**

DATED this 28th day of August, 2012.

GEORGE FOLEY, JR.
United States Magistrate Judge